In the Matter of WALTER J. CONNOLLY et al., Appellants, against J. EDWARD CONWAY et al., as Commissioners of the New York State Civil Service Commission, et al., Respondents.— Motion to amend order of this court entered on July 13, 1950, denied on the ground that leave to serve an amended petition

was waived on the appeal to this court and, on the further ground, that no merit has been shown in support of this motion. All concur. Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ. [See 277 App. Div. 945, 962.]